790 A.2d 901

IN THE MATTER OF JOSEPH E. POVEROMO,
AN ATTORNEY AT LAW.

February 27, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–356, concluding that **JOSEPH E. POVEROMO** of **RIVER EDGE,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JOSEPH E. POVEROMO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.